IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOEL SOILEAU,

    Plaintiff,

v.                                      CASE NO. 4:25cv217-RH-MAF

BOARD OF PILOT
COMMISSIONERS,

    Defendant.

_____/

## ORDER VACATING THE DEFAULT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 33, and the objections, ECF Nos. 34 and 35. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motion to set aside default, ECF No. 28, is granted. The default, ECF No. 25, is vacated.

3. The motion, ECF No. 27, to accept the motion to dismiss is granted. The motion to dismiss, ECF No. 27-1, is deemed properly filed as of October 22, 2025.

4. The plaintiff must file a response to the motion to dismiss by November 10, 2025.

5. The motion for a default judgment, ECF No. 29, is denied.

6. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on October 22, 2025.

                                      s/Robert L. Hinkle
                                      United States District Judge